**INVOICE SUMMARY**

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Invoice No. | Invoice Date | Due Date | Amount | Payments | Credits | Balance |
| G20002711 | 01/27/16 | | | | -$17,504.00 | -$17,504.00 |
| G20002742 | 03/31/16 | | | | -$161,265.00 | -$178,769.00 |
| PAYMENT | 04/06/16 | | | -$17,674.10 | | -$196,443.10 |
| PAYMENT | 04/22/16 | | | -$26,000.00 | | -$222,443.10 |
| PAYMENT | 08/09/16 | | | -$69,302.63 | | -$291,745.73 |
| C45128903 | 09/23/16 | | | | -$892.50 | -$292,638.23 |
| C45128904 | 09/23/16 | | | | -$418.20 | -$293,056.43 |
| C45128905 | 09/23/16 | | | | -$177.20 | -$293,233.63 |
| C45128906 | 09/23/16 | | | | -$4,602.06 | -$297,835.69 |
| C45128907 | 09/23/16 | | | | -$1,202.60 | -$299,038.29 |
| PAYMENT | 10/03/16 | | | -$10,674.29 | | -$309,712.58 |
| C45135359 | 10/26/16 | | | | -$4,000.00 | -$313,712.58 |
| PAYMENT | 11/02/16 | | | -$10,000.00 | | -$323,712.58 |
| PAYMENT | 12/05/16 | | | -$10,000.00 | | -$333,712.58 |
| PAYMENT | 01/03/17 | | | -$10,000.00 | | -$343,712.58 |
| PAYMENT | 02/06/17 | | | -$11,000.00 | | -$354,712.58 |
| PAYMENT | 03/03/17 | | | -$10,000.00 | | -$364,712.58 |
| PAYMENT | 04/14/17 | | | -$10,000.00 | | -$374,712.58 |
| PAYMENT | 05/04/17 | | | -$10,000.00 | | -$384,712.58 |
| C45174730 | 04/25/17 | | | | -$1,731.00 | -$386,443.58 |
| C45180745 | 05/08/17 | | | | -$14,128.00 | -$400,571.58 |
| C40240422 | 07/07/14 | 06/15/15 | $193,773.48 | | | -$206,798.10 |
| C40259524 | 08/07/14 | 06/15/15 | $197,411.28 | | | -$9,386.82 |
| C40276255 | 09/19/14 | 06/04/15 | $43,340.22 | | | $43,340.22 |
| C40277299 | 09/30/14 | 06/15/15 | $52,932.88 | | | $52,932.88 |
| C40277982 | 09/30/14 | 06/15/15 | $42,372.50 | | | $42,372.50 |
| C40286975 | 12/15/14 | 06/15/15 | $42,777.90 | | | $42,777.90 |
| C40300053 | 03/20/15 | 06/10/15 | $102,884.00 | | | $102,884.00 |
| C40314346 | 04/10/15 | 06/15/15 | $20,223.00 | | | $20,223.00 |
| C40322162 | 04/22/15 | 06/15/15 | $1,909.00 | | | $1,909.00 |
| C40322163 | 04/22/15 | 06/10/15 | $14,898.40 | | | $14,898.40 |
| C40322164 | 04/22/15 | 06/15/15 | $3,128.40 | | | $3,128.40 |
| C40322165 | 04/22/15 | 06/15/15 | $4,157.50 | | | $4,157.50 |
| C40322166 | 04/22/15 | 06/15/15 | $843.80 | | | $843.80 |
| C40322167 | 04/22/15 | 06/15/15 | $327.76 | | | $327.76 |
| C40322168 | 04/22/15 | 06/15/15 | $600.40 | | | $600.40 |
| C40322169 | 04/22/15 | 06/15/15 | $263.60 | | | $263.60 |
| C40325662 | 04/28/15 | 06/15/15 | $4,882.50 | | | $4,882.50 |
| G20002337 | 04/30/15 | 05/11/15 | $25.56 | | | $25.56 |
| C40330397 | 05/06/15 | 06/05/15 | $13,144.00 | | | $13,144.00 |
| C40330398 | 05/06/15 | 06/15/15 | $4,882.50 | | | $4,882.50 |
| C40330410 | 05/06/15 | 06/10/15 | $7,449.20 | | | $7,449.20 |
| C40330411 | 05/06/15 | 06/15/15 | $2,604.00 | | | $2,604.00 |
| C40343018 | 05/26/15 | 06/25/15 | $7,449.20 | | | $7,449.20 |
| C40343019 | 05/26/15 | 06/25/15 | $7,760.00 | | | $7,760.00 |
| C40350290 | 06/04/15 | 07/04/15 | $4,531.20 | | | $4,531.20 |
| C40351028 | 06/05/15 | 07/05/15 | $3,224.00 | | | $3,224.00 |
| C40352312 | 06/08/15 | 09/06/15 | $1,305.50 | | | $1,305.50 |
| C40353503 | 06/09/15 | 07/09/15 | $1,302.00 | | | $1,302.00 |
| C40353504 | 06/09/15 | 07/09/15 | $5,959.36 | | | $5,959.36 |
| C40353505 | 06/09/15 | 07/09/15 | $2,028.00 | | | $2,028.00 |
| C40353506 | 06/09/15 | 07/09/15 | $8,250.00 | | | $8,250.00 |
| C40372417 | 07/06/15 | 08/05/15 | $18,252.00 | | | $18,252.00 |
| C40372418 | 07/06/15 | 08/05/15 | $10,557.60 | | | $10,557.60 |
| C40374422 | 07/07/15 | 11/10/15 | $6,158.60 | | | $6,158.60 |
| C40374423 | 07/07/15 | 08/06/15 | $4,470.00 | | | $4,470.00 |
| C40374424 | 07/07/15 | 08/06/15 | $391.80 | | | $391.80 |
| C40374425 | 07/07/15 | 08/06/15 | $4,825.00 | | | $4,825.00 |

EXHIBIT D

| ID | Date 1 | Date 2 | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|---|
| C40382175 | 07/16/15 | 08/15/15 | $1,300.80 | | | $1,300.80 |
| C40386826 | 07/24/15 | 11/10/15 | $12,168.00 | | | $12,168.00 |
| C40386827 | 07/24/15 | 08/23/15 | $2,265.60 | | | $2,265.60 |
| C40386828 | 07/24/15 | 08/23/15 | $2,865.00 | | | $2,865.00 |
| C40386829 | 07/24/15 | 08/23/15 | $2,979.68 | | | $2,979.68 |
| C40386830 | 07/24/15 | 08/23/15 | $315.00 | | | $315.00 |
| C40395191 | 07/30/15 | 08/29/15 | $1,575.00 | | | $1,575.00 |
| C40396109 | 07/31/15 | 08/30/15 | $5,757.30 | | | $5,757.30 |
| C40396110 | 07/31/15 | 11/10/15 | $8,112.00 | | | $8,112.00 |
| C40406469 | 08/21/15 | 11/19/15 | $224.00 | | | $224.00 |
| C40409056 | 08/27/15 | 09/26/15 | $4,632.20 | | | $4,632.20 |
| C40409057 | 08/27/15 | 09/26/15 | $1,800.00 | | | $1,800.00 |
| C40409058 | 08/27/15 | 09/26/15 | $2,028.00 | | | $2,028.00 |
| C40412632 | 09/08/15 | 12/07/15 | $1,155.00 | | | $1,155.00 |
| C40415964 | 09/17/15 | 12/16/15 | $260.00 | | | $260.00 |
| C40415965 | 09/17/15 | 12/16/15 | $112.00 | | | $112.00 |
| C40417243 | 09/24/15 | 12/23/15 | $260.00 | | | $260.00 |
| C40417244 | 09/24/15 | 12/23/15 | $249.40 | | | $249.40 |
| C40417245 | 09/24/15 | 10/24/15 | $148.00 | | | $148.00 |
| C45004264 | 10/26/15 | 06/15/16 | $2,952.00 | | | $2,952.00 |
| C45034430 | 04/06/16 | 12/31/19 | $17,362.80 | | | $20,314.80 |
| C45034431 | 04/06/16 | 12/31/19 | $147.50 | | | $20,462.30 |
| C40417242 | 9/24/115 | 10/24/15 | $118.68 | | | $118.68 |
| **TOTAL** | | | **$910,084.10** | **-$194,651.02** | **-$205,920.56** | **$509,512.52** |