

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** G20002711
**Invoice Date:** 1/27/2016
**Ticket No:** 2675

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**     2/6/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| CREDIT | OFFICE | | 1/27/2016 | KM | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| *00-2680-00-0000 | 1 | CASH PORTION OF 2015 PATRONAGE REFUND | -1.00 | EACH | -1.00 | $17,504.0000 | ($17504.00) |

|  | |
|---|---|
| Subtotal(USD) | ($17,504.00) |
| Tax(USD) | $0.00 |
| Total(USD) | ($17,504.00) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

**EXHIBIT**

**E**



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**  1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45128903
**Invoice Date:** 9/23/2016
**Ticket No:** L2-41792

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO  64184-3826.

**Due Date:**  9/23/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 9/23/2016 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42O10200 | 2 | OCTAVE GROW (2X2.5) | -7.00 | CASE | -35.00 | $25.5000 | ($892.50) |

PRICED PER GAL
LINE NOTES:
REF INVOICE:C45106337

| | | |
|---|---|---|
| | Subtotal(USD) | ($892.50) |
| | Tax(USD) | $0.00 |
| TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE | Total(USD) | ($892.50) |



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45128904
**Invoice Date:** 9/23/2016
**Ticket No:** L2-41792

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO  64184-3826.

**Due Date:**     9/23/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 9/23/2016 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42A50805 | 2 | AMSOL PLUS (2X2.5) | -17.00 | CASE | -85.00 | $4.9200 | ($418.20) |

PRICED PER GAL
LINE NOTES:
REF INVOICE:C45110349

| | |
|---|---|
| Subtotal(USD) | ($418.20) |
| Tax(USD) | $0.00 |
| Total(USD) | ($418.20) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**  1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45128905
**Invoice Date:** 9/23/2016
**Ticket No:** L2-41792

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:**  9/23/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 9/23/2016 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42E81005 | 2 | EXURO (2X2.5) | -2.00 | CASE | -10.00 | $17.7200 | ($177.20) |

PRICED PER GAL
LINE NOTES:
REF INVOICE:C45066973

| | |
|---|---|
| Subtotal(USD) | ($177.20) |
| Tax(USD) | $0.00 |
| Total(USD) | ($177.20) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45128906
**Invoice Date:** 9/23/2016
**Ticket No:** L2-41792

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:** 9/23/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 9/23/2016 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41S25195 | 2 | SHARPEN (2X1) | -3.00 | CASE | -6.00 | $767.0100 | ($4602.06) |

PRICED PER GAL
LINE NOTES:
REF INVOICE:C45049592

| | |
|---|---|
| Subtotal(USD) | ($4,602.06) |
| Tax(USD) | $0.00 |
| TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE    Total(USD) | ($4,602.06) |



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45128907
**Invoice Date:** 9/23/2016
**Ticket No:** L2-41792

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:** 9/23/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 9/23/2016 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41K26105 | 2 | KENDO (4X1) | -7.00 | CASE | -28.00 | $42.9500 | ($1202.60) |

PRICED PER GAL
LINE NOTES:
REF INVOICE:C45060573

| | |
|---|---|
| Subtotal(USD) | ($1,202.60) |
| Tax(USD) | $0.00 |
| Total(USD) | ($1,202.60) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45135359
**Invoice Date:** 10/26/2016
**Ticket No:** WT-125175

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO  64184-3826.

**Due Date:** 11/25/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 10/26/2016 | CREDIT | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| *104617.00 | 1 | MID-YEAR REBATE | -1.00 | Each | -1.00 | $4,000.0000 | ($4000.00) |

LINE NOTES:
CR FOR MID-YEAR REBATE

| | |
|---|---|
| Subtotal(USD) | ($4,000.00) |
| Tax(USD) | $0.00 |
| Total(USD) | ($4,000.00) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** G20002742
**Invoice Date:** 3/31/2016
**Ticket No:** 2706

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 4/11/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | OFFICE | | 3/31/2016 | KM | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| *00-2900-00-0000 | 1 | MEMBERSHIP | -1.00 | EACH | -1.00 | $1.0000 | ($1.00) |
| *00-2930-00-0000 | 1 | BASE CAPITAL ACCOUNT | -1.00 | EACH | -1.00 | $205,892.0000 | ($205892.00) |
| *00-8800-00-0000 | 1 | AMOUNT TO BE WRITTTEN OFF | 1.00 | EACH | 1.00 | $44,628.0000 | $44628.00 |

| | |
|---|---|
| Subtotal(USD) | ($161,265.00) |
| Tax(USD) | $0.00 |
| Total(USD) | ($161,265.00) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45174730
**Invoice Date:** 4/25/2017
**Ticket No:** WT-128229

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:** 5/25/2017

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| CREDIT | EITEL | | 4/25/2017 | CREDIT | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| *104617.00 | 1 | CHEM CASH REBATE - 2016 | -1.00 | Each | -1.00 | $1,731.0000 | ($1731.00) |
| | | LINE NOTES: | | | | | |
| | | CR FOR CHEM CASH - 2016 | | | | | |

| | | |
|---|---|---|
| Subtotal(USD) | ($1,731.00) |
| Tax(USD) | $0.00 |
| Total(USD) | ($1,731.00) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45180745
**Invoice Date:** 5/8/2017
**Ticket No:** WT-128504

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:** 6/7/2017

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| CREDIT | EITEL | | 5/8/2017 | CREDIT | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| *104617.00 | 1 | ADJUSTED 2016 CHEM CASH | -1.00 | Each | -1.00 | $14,128.0000 | ($14128.00) |

LINE NOTES:

CR FOR ADJUSTED 2016 CHEM CASH

| | |
|---|---|
| Subtotal(USD) | ($14,128.00) |
| Tax(USD) | $0.00 |
| Total(USD) | ($14,128.00) |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**　1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45034430
**Invoice Date:** 4/6/2016
**Ticket No:** L2-40336

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO  64184-3826.

**Due Date:**　12/31/2019

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/6/2016 | TUESDAY-1443 | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41I47814 | 2 | INSTIGATE (2X210 OZ.) | 13.00 | CASE | 5,460.00 | $3.1800 | $17362.80 |

PRICED PER OZ
LINE NOTES:
PREPAY CK#:18495

| | |
|---|---|
| Subtotal(USD) | $17,362.80 |
| Tax(USD) | $0.00 |
| Total(USD) | $17,362.80 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45034431
**Invoice Date:** 4/6/2016
**Ticket No:** L2-40336

**Please Remit To:**

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

**Due Date:** 12/31/2019

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 4/6/2016 | TUESDAY-1443 | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41A11425 | 2 | ATRAZINE 90DF SENTRY (25#) | 2.00 | BAG | 50.00 | $2.9500 | $147.50 |

PRICED PER LB
LINE NOTES:
PREPAY CK#:18495

| | |
|---|---|
| Subtotal(USD) | $147.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $147.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40240422
**Invoice Date:** 7/7/2014
**Ticket No:** DS-40663

Ship To:

LAY SEED FARMS LLC
ROUTE 2 BOX 52
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/3/2014 | | 1665291453 | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S49101 | 99 | SURESTART (BULK) | 2,397.00 | BULK | 2,397.00 | $80.8400 | $193773.48 |

PRICED PER GAL

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|---|---|---|---|
| $78.4100 | 12/15/2014 | $187,948.77 | $5,824.71 |
| $78.8200 | 01/15/2015 | $188,931.54 | $4,841.94 |
| $79.2200 | 02/15/2015 | $189,890.34 | $3,883.14 |
| $79.6300 | 03/15/2015 | $190,873.11 | $2,900.37 |
| $80.0300 | 04/15/2015 | $191,831.91 | $1,941.57 |
| $80.4400 | 05/15/2015 | $192,814.68 | $958.80 |

| | |
|---|---|
| Subtotal(USD) | $193,773.48 |
| Tax(USD) | $0.00 |
| Total(USD) | $193,773.48 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40259524
Invoice Date: 8/7/2014
Ticket No: DS-41670

Ship To:

LAY SEED FARMS LLC
ROUTE 2 BOX 52
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|--------|----------|----------|-----------|----------|-----------|-----------|
| SEE BELOW | EITEL | | 8/6/2014 | | IPP REBILL | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41S49101 | 99 | SURESTART (BULK) | 2,442.00 | BULK | 2,442.00 | $80.8400 | $197411.28 |

PRICED PER GAL
LINE NOTES:
IPP REBILL

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|-------|-----------|-----|-----------|
| $78.4100 | 12/15/2014 | $191,477.22 | $5,934.06 |
| $78.8200 | 01/15/2015 | $192,478.44 | $4,932.84 |
| $79.2200 | 02/15/2015 | $193,455.24 | $3,956.04 |
| $79.6300 | 03/15/2015 | $194,456.46 | $2,954.82 |
| $80.0300 | 04/15/2015 | $195,433.26 | $1,978.02 |
| $80.4400 | 05/15/2015 | $196,434.48 | $976.80 |

| | |
|---|---|
| Subtotal(USD) | $197,411.28 |
| Tax(USD) | $0.00 |
| Total(USD) | $197,411.28 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40276255
**Invoice Date:** 9/19/2014
**Ticket No:** DS-43835

Ship To:

LAY SEED FARMS LLC
ROUTE 2 BOX 52
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/4/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/25/2014 | | IPP REBILL | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41O905B1 | 99 | OUTLOOK (BULK) | 354.00 | BULK | 354.00 | $122.4300 | $43340.22 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $43,340.22 |
| Tax(USD) | $0.00 |
| Total(USD) | $43,340.22 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40277299
**Invoice Date:** 9/30/2014
**Ticket No:** DS-44027

**Ship To:**

LAY SEED FARMS LLC
ROUTE 2 BOX 52
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/29/2014 | | 0012961652 | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41L51150 | 99 | LEXAR EZ (BULK) | 1,001.00 | BULK | 1,001.00 | $52.8800 | $52932.88 |

PRICED PER GAL

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|---|---|---|---|
| $51.2900 | 12/20/14 | $51,341.29 | $1,591.59 |
| $51.5600 | 1/15/15 | $51,611.56 | $1,321.32 |
| $51.8200 | 2/15/15 | $51,871.82 | $1,061.06 |
| $52.0900 | 3/15/15 | $52,142.09 | $790.79 |
| $52.3500 | 4/15/15 | $52,402.35 | $530.53 |
| $52.6200 | 5/15/15 | $52,672.62 | $260.26 |

| | |
|---|---|
| Subtotal(USD) | $52,932.88 |
| Tax(USD) | $0.00 |
| Total(USD) | $52,932.88 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**      1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40277982
**Invoice Date:** 9/30/2014
**Ticket No:** DS-44188

**Ship To:**

LAY SEED FARMS LLC
ROUTE 2  BOX 52
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**      6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/30/2014 | | 0803419310 | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41D810B1 | 99 | DURANGO DMA (BULK) | 1,994.00 | BULK | 1,994.00 | $21.2500 | $42372.50 |
| | | PRICED PER GAL | | | | | |

|  |  |
|---|---|
| Subtotal(USD) | $42,372.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $42,372.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40286975
**Invoice Date:** 12/15/2014
**Ticket No:** DS-45800

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**     6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 12/16/2014 | | FLR STK RB | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41P24400 | 99 | PREFIX (BULK) | 990.00 | BULK | 990.00 | $43.2100 | $42777.90 |

PRICED PER GAL
LINE NOTES:
FLOOR STOCK REBATE PER SYNGENTA

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|---|---|---|---|
| $42.1300 | 01/15/2015 | $41,708.70 | $1,069.20 |
| $42.3500 | 02/15/2015 | $41,926.50 | $851.40 |
| $42.5600 | 03/15/2015 | $42,134.40 | $643.50 |
| $42.7800 | 04/15/2015 | $42,352.20 | $425.70 |
| $42.9900 | 05/15/2015 | $42,560.10 | $217.80 |

| | |
|---|---|
| Subtotal(USD) | $42,777.90 |
| Tax(USD) | $0.00 |
| Total(USD) | $42,777.90 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40300053
**Invoice Date:** 3/20/2015
**Ticket No:** DS-47657

Ship To:

LAY SEED FARMS LLC
ROUTE 2  BOX 52
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        6/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 3/20/2015 | | SUMMERFILL | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41O905B1 | 99 | OUTLOOK (BULK) | 800.28 | BULK | 800.28 | $128.5600 | $102884.00 |

PRICED PER GAL
PRICE  IF PAID BY  PAY    DISCOUNTED
$127.2700  04/10/2015  $101,851.64   $1,032.36
$127.9100  05/10/2015  $102,363.81   $520.19

| | |
|---|---|
| Subtotal(USD) | $102,884.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $102,884.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40314346
**Invoice Date:** 4/10/2015
**Ticket No:** L2-38295

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/10/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41I47814 | 2 | INSTIGATE (2X210 OZ.) | 15.00 | CASE | 6,300.00 | $3.2100 | $20223.00 |

PRICED PER OZ

PRICE   IF PAID BY   PAY   DISCOUNTED
$3.1800   04/15/2015   $20,034.00   $189.00
$3.1900   05/15/2015   $20,097.00   $126.00

| | |
|---|---|
| Subtotal(USD) | $20,223.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $20,223.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40322162
**Invoice Date:** 4/22/2015
**Ticket No:** L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S49105 | 2 | SURESTART (2X2.5) | 4.00 | CASE | 20.00 | $95.4500 | $1909.00 |
| | | PRICED PER GAL | | | | | |
| | | PRICE IF PAID BY PAY DISCOUNTED | | | | | |
| | | $94.9700 05/15/2015 $1,899.40 $9.60 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,909.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,909.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40322163
Invoice Date: 4/22/2015
Ticket No: L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41S25195 | 2 | SHARPEN (2X1) | 10.00 | CASE | 20.00 | $744.9200 | $14898.40 |

PRICED PER GAL

PRICE IF PAID BY PAY DISCOUNTED
$741.1900 05/10/2015 $14,823.80 $74.60

| | |
|---|---|
| Subtotal(USD) | $14,898.40 |
| Tax(USD) | $0.00 |
| Total(USD) | $14,898.40 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40322164
Invoice Date: 4/22/2015
Ticket No: L2-38483

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42E81005 | 2 | EXURO (2X2.5) | 36.00 | CASE | 180.00 | $17.3800 | $3128.40 |
| | | PRICED PER GAL | | | | | |
| | | PRICE  IF PAID BY  PAY  DISCOUNTED | | | | | |
| | | $17.3300  05/15/2015  $3,119.40  $9.00 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $3,128.40 |
| Tax(USD) | $0.00 |
| Total(USD) | $3,128.40 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number:  C40322165
Invoice Date:  4/22/2015
Ticket No:  L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42E81065 | 2 | EXURO (250) | 1.00 | TANK | 250.00 | $16.6300 | $4157.50 |
| | | PRICED PER GAL | | | | | |
| | | PRICE   IF PAID BY   PAY   DISCOUNTED | | | | | |
| | | $16.5800   05/15/2015  $4,145.00   $12.50 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $4,157.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,157.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page  1



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:       1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40322166
Invoice Date: 4/22/2015
Ticket No: L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:       6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42F05204 | 2 | FOAM BREAKER (4X1) | 5.00 | CASE | 20.00 | $42.1900 | $843.80 |
| | | PRICED PER GAL | | | | | |
| | | PRICE  IF PAID BY  PAY  DISCOUNTED | | | | | |
| | | $42.0600  05/15/2015 $841.20  $2.60 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $843.80 |
| Tax(USD) | $0.00 |
| Total(USD) | $843.80 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40322167
Invoice Date: 4/22/2015
Ticket No: L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:     6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42H34605 | 2 | HI-COMP (4X1) | 2.00 | CASE | 8.00 | $40.9700 | $327.76 |

PRICED PER GAL

PRICE   IF PAID BY   PAY   DISCOUNTED
$40.8500   05/15/2015   $326.80   $0.96

| | |
|---|---|
| Subtotal(USD) | $327.76 |
| Tax(USD) | $0.00 |
| Total(USD) | $327.76 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40322168
**Invoice Date:** 4/22/2015
**Ticket No:** L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42H40204 | 2 | HOT N DRY (4X1) | 5.00 | CASE | 20.00 | $30.0200 | $600.40 |

PRICED PER GAL

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|-------|------------|-----|------------|
| $29.9300 | 05/15/2015 | $598.60 | $1.80 |

| | |
|---|---|
| Subtotal(USD) | $600.40 |
| Tax(USD) | $0.00 |
| Total(USD) | $600.40 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:          1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40322169
Invoice Date: 4/22/2015
Ticket No: L2-38483

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:          6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/22/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42P48355 | 2 | PURUS (4X1) | 2.00 | CASE | 8.00 | $32.9500 | $263.60 |
| | | PRICED PER GAL | | | | | |
| | | PRICE   IF PAID BY   PAY   DISCOUNTED | | | | | |
| | | $32.8500   05/15/2015  $262.80   $0.80 | | | | | |

|  |  |
|---|---|
| Subtotal(USD) | $263.60 |
| Tax(USD) | $0.00 |
| Total(USD) | $263.60 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40325662
Invoice Date: 4/28/2015
Ticket No: L2-38520

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 4/28/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41W07115 | 2 | WARRIOR II W/ZEON (15) (1-WAY) | 1.00 | DRUM | 15.00 | $325.5000 | $4882.50 |

PRICED PER GAL
PRICE   IF PAID BY   PAY      DISCOUNTED
$323.8700   05/15/2015   $4,858.05   $24.45

| | |
|---|---|
| Subtotal(USD) | $4,882.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,882.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40330397
Invoice Date: 5/6/2015
Ticket No: L2-38611

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/5/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 5/1/2015 | . | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41A12305 | 2 | ATRAZINE 4L DREXEL (265) (1-WAY) | 4.00 | TANK | 1,060.00 | $12.4000 | $13144.00 |
| | | PRICED PER GAL | | | | | |

| | | |
|---|---|---|
| Subtotal(USD) | | $13,144.00 |
| Tax(USD) | | $0.00 |
| Total(USD) | | $13,144.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40330398
Invoice Date: 5/6/2015
Ticket No: L2-38611

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|-----------|
| SEE BELOW | EITEL | | 5/1/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|-----------|-------------|
| 41W07115 | 2 | WARRIOR II W/ZEON (15) (1-WAY) | 1.00 | DRUM | 15.00 | $325.5000 | $4882.50 |

PRICED PER GAL
PRICE   IF PAID BY   PAY      DISCOUNTED
$323.8700   05/15/2015   $4,858.05   $24.45

| | |
|---|---|
| Subtotal(USD) | $4,882.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,882.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40330410
**Invoice Date:** 5/6/2015
**Ticket No:** L2-38622

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 6/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 5/4/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S25195 | 2 | SHARPEN (2X1) | 5.00 | CASE | 10.00 | $744.9200 | $7449.20 |
| | | PRICED PER GAL | | | | | |
| | | PRICE IF PAID BY PAY DISCOUNTED | | | | | |
| | | $741.1900 05/10/2015 $7,411.90 $37.30 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $7,449.20 |
| Tax(USD) | $0.00 |
| Total(USD) | $7,449.20 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:      1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40330411
Invoice Date: 5/6/2015
Ticket No: L2-38622

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:      6/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 5/4/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41W07104 | 2 | WARRIOR II W/ZEON (4X1) | 2.00 | CASE | 8.00 | $325.5000 | $2604.00 |
| | | PRICED PER GAL | | | | | |
| | | PRICE IF PAID BY PAY DISCOUNTED | | | | | |
| | | $323.8700 05/15/2015 $2,590.96 $13.04 | | | | | |

| | |
|---|---|
| Subtotal(USD) | $2,604.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,604.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:      1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40343018
Invoice Date: 5/26/2015
Ticket No: L2-38830

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:      6/25/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 5/26/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S25195 | 2 | SHARPEN (2X1) | 5.00 | CASE | 10.00 | $744.9200 | $7449.20 |
| | | PRICED PER GAL | | | | | |

|  | |
|---|---|
| Subtotal(USD) | $7,449.20 |
| Tax(USD) | $0.00 |
| Total(USD) | $7,449.20 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40343019
**Invoice Date:** 5/26/2015
**Ticket No:** L2-38830

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:      6/25/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 5/26/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41C30265 | 2 | CLEANSE 2EC (4X1) | 40.00 | CASE | 160.00 | $48.5000 | $7760.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $7,760.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $7,760.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40350290
**Invoice Date:** 6/4/2015
**Ticket No:** L2-38969

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 7/4/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 6/4/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42A49520 | 2 | AMS 20/10 (20#) | 192.00 | BAG | 3,840.00 | $1.1800 | $4531.20 |
| | | PRICED PER LB | | | | | |

|  | |
|--|--|
| Subtotal(USD) | $4,531.20 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,531.20 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40351028
**Invoice Date:** 6/5/2015
**Ticket No:** C3-54152

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 7/5/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 6/5/2015 | | S | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42T35390 | 3 | TRILEX 2000 (2X2.5) | 2.00 | CASE | 10.00 | $322.4000 | $3224.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $3,224.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $3,224.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40352312
Invoice Date: 6/8/2015
Ticket No: L2-38992

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 9/6/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 6/5/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41R26105 | 2 | ROUNDUP POWERMAX (2X2.5) | 10.00 | CASE | 50.00 | $26.1100 | $1305.50 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,305.50 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,305.50 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40353503
**Invoice Date:** 6/9/2015
**Ticket No:** L2-39006

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:     7/9/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 6/8/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41W07104 | 2 | WARRIOR II W/ZEON (4X1) | 1.00 | CASE | 4.00 | $325.5000 | $1302.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,302.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,302.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40353504
**Invoice Date:** 6/9/2015
**Ticket No:** L2-39006

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 7/9/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 6/8/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41S25195 | 2 | SHARPEN (2X1) | 4.00 | CASE | 8.00 | $744.9200 | $5959.36 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $5,959.36 |
| Tax(USD) | $0.00 |
| Total(USD) | $5,959.36 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40353505
Invoice Date: 6/9/2015
Ticket No: L2-39006

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 7/9/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 6/8/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42S38700 | 2 | SUCCEED ULTRA (2X2.5) | 12.00 | CASE | 60.00 | $33.8000 | $2028.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $2,028.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,028.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:  1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40353506
**Invoice Date:** 6/9/2015
**Ticket No:** L2-39006

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 7/9/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 6/8/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42S38720 | 2 | SUCCEED ULTRA (250) | 1.00 | TANK | 250.00 | $33.0000 | $8250.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $8,250.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $8,250.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**   1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40372417
**Invoice Date:** 7/6/2015
**Ticket No:** C3-54713

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**     8/5/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 7/2/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41C30800 | 3 | COBRA (2X2.5) | 18.00 | CASE | 90.00 | $202.8000 | $18252.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $18,252.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $18,252.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40372418
Invoice Date: 7/6/2015
Ticket No: C3-54713

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 8/5/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 7/2/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 41R18204 | 3 | RESOURCE EC (4X1) | 12.00 | CASE | 48.00 | $219.9500 | $10557.60 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $10,557.60 |
| Tax(USD) | $0.00 |
| Total(USD) | $10,557.60 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**    1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40374422
**Invoice Date:** 7/7/2015
**Ticket No:** L2-39270

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**    11/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/7/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41R18204 | 2 | RESOURCE EC (4X1) | 7.00 | CASE | 28.00 | $219.9500 | $6158.60 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $6,158.60 |
| Tax(USD) | $0.00 |
| Total(USD) | $6,158.60 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40374423
Invoice Date: 7/7/2015
Ticket No: L2-39270

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:     8/6/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/7/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S25160 | 2 | SHADOW 3EC (4X1) | 15.00 | CASE | 60.00 | $74.5000 | $4470.00 |
| | | PRICED PER GAL | | | | | |

|  |  |
|---|---|
| Subtotal(USD) | $4,470.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,470.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40374424
Invoice Date: 7/7/2015
Ticket No: L2-39270

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 8/6/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/7/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42D36305 | 2 | DOUBLE DOWN (2X2.5) | 12.00 | CASE | 60.00 | $6.5300 | $391.80 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $391.80 |
| Tax(USD) | $0.00 |
| Total(USD) | $391.80 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**  1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40374425
**Invoice Date:** 7/7/2015
**Ticket No:** L2-39270

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**  8/6/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/7/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42F01025 | 2 | FASTRACK (250) | 1.00 | TANK | 250.00 | $19.3000 | $4825.00 |
| | | PRICED PER GAL | | | | | |

|  |  |
|---|---|
| Subtotal(USD) | $4,825.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,825.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40382175
Invoice Date: 7/16/2015
Ticket No: L2-39336

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 8/15/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/15/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41C30232 | 2 | CLASSIC (8X10 OZ.) | 1.00 | CASE | 80.00 | $16.2600 | $1300.80 |
| | | PRICED PER OZ | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,300.80 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,300.80 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40386826
Invoice Date: 7/24/2015
Ticket No: L2-39443

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 11/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/23/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41C30800 | 2 | COBRA (2X2.5) | 12.00 | CASE | 60.00 | $202.8000 | $12168.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $12,168.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $12,168.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40386827
**Invoice Date:** 7/24/2015
**Ticket No:** L2-39443

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 8/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/23/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42A49520 | 2 | AMS 20/10 (20#) | 96.00 | BAG | 1,920.00 | $1.1800 | $2265.60 |
| | | PRICED PER LB | | | | | |

| | |
|---|---|
| Subtotal(USD) | $2,265.60 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,265.60 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:            1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number:  C40386828
Invoice Date:  7/24/2015
Ticket No:  L2-39443

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        8/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/23/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42W81105 | 2 | WETCIT (2X2.5) | 12.00 | CASE | 60.00 | $47.7500 | $2865.00 |
| | | PRICED PER GAL | | | | | |

|  |  |
|---|---|
| Subtotal(USD) | $2,865.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,865.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40386829
**Invoice Date:** 7/24/2015
**Ticket No:** L2-39443

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 8/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/23/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41S25195 | 2 | SHARPEN (2X1) | 2.00 | CASE | 4.00 | $744.9200 | $2979.68 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $2,979.68 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,979.68 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40386830
Invoice Date: 7/24/2015
Ticket No: L2-39443

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 8/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/23/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41T09312 | 2 | TOMAHAWK 4 (30) (1-WAY) | 1.00 | DRUM | 30.00 | $10.5000 | $315.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $315.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $315.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40395191
Invoice Date: 7/30/2015
Ticket No: L2-39481

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        8/29/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/29/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41T09312 | 2 | TOMAHAWK 4 (30) (1-WAY) | 5.00 | DRUM | 150.00 | $10.5000 | $1575.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,575.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,575.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40396109
Invoice Date: 7/31/2015
Ticket No: L2-39508

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 8/30/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/31/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41P34001 | 2 | PRIAXOR (2X2.5) | 2.00 | CASE | 10.00 | $575.7300 | $5757.30 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $5,757.30 |
| Tax(USD) | $0.00 |
| Total(USD) | $5,757.30 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:          1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number:  C40396110
Invoice Date:  7/31/2015
Ticket No:  L2-39508

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        11/10/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 7/31/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41C30800 | 2 | COBRA (2X2.5) | 8.00 | CASE | 40.00 | $202.8000 | $8112.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $8,112.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $8,112.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40406469
**Invoice Date:** 8/21/2015
**Ticket No:** L2-39610

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 11/19/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 8/21/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41P03034 | 2 | PASTUREGARD HL (4X1) | 0.50 | CASE | 2.00 | $112.0000 | $224.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $224.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $224.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40409056
Invoice Date: 8/27/2015
Ticket No: L2-39637

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        9/26/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 8/27/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41W20035 | 2 | LV-4 2,4-D (265) (1-WAY) RPK | 1.00 | TANK | 265.00 | $17.4800 | $4632.20 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $4,632.20 |
| Tax(USD) | $0.00 |
| Total(USD) | $4,632.20 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:**     1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40409057
Invoice Date: 8/27/2015
Ticket No: L2-39637

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**     9/26/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 8/27/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41T09405 | 2 | TOMAHAWK 5 (2X2.5) | 24.00 | CASE | 120.00 | $15.0000 | $1800.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,800.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,800.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40409058
Invoice Date: 8/27/2015
Ticket No: L2-39637

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 9/26/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 8/27/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42S38700 | 2 | SUCCEED ULTRA (2X2.5) | 12.00 | CASE | 60.00 | $33.8000 | $2028.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $2,028.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,028.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40412632
**Invoice Date:** 9/8/2015
**Ticket No:** L2-39668

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        12/7/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/8/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41P03034 | 2 | PASTUREGARD HL (4X1) | 2.50 | CASE | 10.00 | $115.5000 | $1155.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $1,155.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $1,155.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40415964
Invoice Date: 9/17/2015
Ticket No: L2-39700

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 12/16/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/17/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41T17004 | 2 | TORDON 22K (4X1) | 1.00 | CASE | 4.00 | $65.0000 | $260.00 |
| | | PRICED PER GAL | | | | | |

| | | |
|---|---|---|
| Subtotal(USD) | | $260.00 |
| Tax(USD) | | $0.00 |
| Total(USD) | | $260.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40415965
**Invoice Date:** 9/17/2015
**Ticket No:** L2-39700

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 12/16/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/17/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41P03004 | 2 | PASTUREGARD (4X1) | 0.50 | CASE | 2.00 | $56.0000 | $112.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $112.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $112.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40417242
**Invoice Date:** 9/24/2015
**Ticket No:** L2-39713

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 10/24/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 9/24/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42F06206 | 2 | FOAM DYE - RED (6X1 PT.) | 1.00 | CASE | 6.00 | $19.7800 | $118.68 |
| | | PRICED PER PT | | | | | |

| | |
|---|---|
| Subtotal(USD) | $118.68 |
| Tax(USD) | $0.00 |
| Total(USD) | $118.68 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS, INC



30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

**Bill To:** 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40417243
**Invoice Date:** 9/24/2015
**Ticket No:** L2-39713

**Ship To:**

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Please Remit To:**

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:** 12/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/24/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41T17004 | 2 | TORDON 22K (4X1) | 1.00 | CASE | 4.00 | $65.0000 | $260.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $260.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $260.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

Page 1



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:        1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C40417244
**Invoice Date:** 9/24/2015
**Ticket No:** L2-39713

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

**Due Date:**        12/23/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 9/24/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 42C53005 | 2 | CROSSBOW (2X2.5) | 1.00 | CASE | 5.00 | $49.8800 | $249.40 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $249.40 |
| Tax(USD) | $0.00 |
| Total(USD) | $249.40 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To:            1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: C40417245
Invoice Date: 9/24/2015
Ticket No: L2-39713

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date:        10/24/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| SEE BELOW | EITEL | | 9/24/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| 42C53050 | 2 | CROSSROAD (4X1) | 1.00 | CASE | 4.00 | $37.0000 | $148.00 |
| | | PRICED PER GAL | | | | | |

| | |
|---|---|
| Subtotal(USD) | $148.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $148.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE

# UNITED SUPPLIERS

Winfield US
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

**Invoice Number:** C45004264
**Invoice Date:** 10/26/2015
**Ticket No:** L2-39791

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

WINFIELD US
P.O. BOX 843826
KANSAS CITY, MO 64184-3826.

Due Date: 6/15/2016

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|---|---|---|---|---|---|---|
| SEE BELOW | EITEL | | 10/26/2015 | | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| 41B34675 | 2 | BASIS BLEND (8X50 OZ.) | 1.00 | CASE | 400.00 | $7.3800 | $2952.00 |

PRICED PER OZ

| PRICE | IF PAID BY | PAY | DISCOUNTED |
|---|---|---|---|
| $7.1600 | 12/15/2015 | $2,864.00 | $88.00 |
| $7.2000 | 01/15/2016 | $2,880.00 | $72.00 |
| $7.2300 | 02/15/2016 | $2,892.00 | $60.00 |
| $7.2700 | 03/15/2016 | $2,908.00 | $44.00 |
| $7.3100 | 04/15/2016 | $2,924.00 | $28.00 |
| $7.3400 | 05/15/2016 | $2,936.00 | $16.00 |

| | |
|---|---|
| Subtotal(USD) | $2,952.00 |
| Tax(USD) | $0.00 |
| Total(USD) | $2,952.00 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE



# UNITED SUPPLIERS, INC

30473 260th St
P. O. Box 538
Eldora, Iowa 50627
(641) 858-2341

Bill To: 1201145

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Invoice Number: G20002337
Invoice Date: 4/30/2015
Ticket No: 2289

Ship To:

LAY SEED FARMS LLC
55347 FOREST SPRING AVE
LABELLE, MO 63447

Please Remit To:

UNITED SUPPLIERS, INC.
P.O. BOX 802716
KANSAS CITY, MO 64180-2716.

Due Date: 5/11/2015

DOLLARS ARE IN (USD) ON THIS INVOICE.

| TERMS | SALESMAN | SHIP VIA | SHIP DATE | RELEASE# | BOL | CUSTOMER # |
|-------|----------|----------|-----------|----------|-----|------------|
| NET 10 | OFFICE | | 5/1/2015 | KM | | 1201145 |

| ITEM | LOC | DESCRIPTION | UNITS | SIZE | QUANTITY | PRICE(USD) | AMOUNT(USD) |
|------|-----|-------------|-------|------|----------|------------|-------------|
| *88-6620-00-0000 | 1 | 10 DQ & 20 VEHICLE DRIVER FOLDERS | 1.00 | EACH | 1.00 | $24.5200 | $24.52 |

| | |
|---|---|
| Subtotal(USD) | $24.52 |
| Tax(USD) | $1.04 |
| Total(USD) | $25.56 |

TERMS: A 1.5% PER MONTH LATE PAYMENT PENALTY WILL BE ASSESSED AFTER DUE DATE